HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
KWESI D. BROMLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-po-00395.DB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| KWESI D. BROMLEY | DATE:   February 7, 2023<br>TIME:    10:00 a.m.<br>JUDGE:  Hon. Deborah Barnes |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney, HEIKO COPPOLA, and Assistant Federal Defender, LINDA ALLISON, representative for KWESI D. BROMLEY, that the Court continue the status conference on February 7, 2023 to February 28, 2023 at 10:00 a.m. via Zoom.

Defense requests additional time to discuss this case with Mr. Bromley and the Government to explore potential resolution.  The parties agree that defense counsel needs additional time to prepare that that time be excluded in this matter under Local Code T4 (18 U.S.C. section 3161(h)(7)(A)) in that the ends of justice served by this continuance outweigh the best interest of the public and the defendant to a speedy trial.

//

//

Dated: February 6, 2023                Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender
*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant KWESI D. BROMLEY

Date: February 6, 2023                 PHILLIP A. TALBERT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that the status conference currently set for February 7, 2023 be **VACATED** and **CONTINUED** to **February 28, 2023** at **10:00 a.m.**, **via Zoom**. Time shall be excluded for preparation of defense counsel under Local Code T4 (18 U.S.C. section 3161(h)(7)(A)) in that the ends of justice served by this continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: February 6, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE